IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MARK P. CUNNINGHAM, | ) | Civil No. 3:10-cv-03045-JE |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Arthur Stevens, III
    Black, Chapman, Webber & Stevens
    221 Stewart Ave, Suite 209
    Medford, OR 97501

           Attorney for Plaintiff

    Dwight C. Holton, U.S. Attorney
    Adrian L. Brown, Asst. U.S. Attorney
    1000 S.W. 3rd Avenue, Suite 600
    Portland, OR 97204

ORDER - 1

        Mathew Pile
Special Asst. U.S. Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 221 A
Seattle, WA 98104-7075

        Attorneys for Defendants

JELDERKS, Magistrate Judge:

As authorized by 28 U.S.C. § 2412, it is hereby ORDERED that the attorney fees in the amount of $4574.30 and expenses in the amount of $18.96 for certified mailings be awarded to Plaintiff.

DATED this 30th day of January, 2012

        /s/ John Jelderks
John Jelderks
U.S. Magistrate Judge

ORDER - 2